# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| G&G Closed Circuit Events, LLC <br> PLAINTIFF | |
| V. | CASE NO. 4:18CV00655 SWW |
| ISRAEL V. ALVAREZ, individually and doing business as La Hacienda a/k/a La Hacienda De Benton <br> DEFENDANT | |

# **ORDER**

Pursuant to the parties' stipulation of dismissal [ECF No. 21], this case is

DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

IT IS SO ORDERED THIS 28TH DAY OF JUNE, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE